UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

11 AUG 24 PM 4:02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANCISCO LARIOS-SERNA (1),<br><br>    Defendant. | CASE NO. 87CR1314<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of all offenses charged in the six count Indictment:

21 USC 841(a)(1) and 846; 21 USC 841(a) and 18 USC 2; 18 USC 924(c)(1)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: August 23, 2011

MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE